JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| VISTA SPECIALTY HOSPITAL OF SOUTHERN CALIFORNIA, L.P., a California limited partnership dba BISTA HOSPITAL OF SAN GABRIEL VALLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No. CV12-3006 JAK(MRWx)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that this case be remanded to the California Superior Court, County of Los Angeles (Case No. BC479611), and that no fees or costs shall be imposed related to the removal.

**IT IS SO ORDERED.**

DATED: April 30, 2012

_____
Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE